UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY NICHOLSON                                                              PLAINTIFF
ADC #137524

V.                              No. 4:22-CV-285-JTR

KRISTEN MARTER,
Nurse, Wellpath Medical;
and STEPHANIE BANKS,
Nurse, Wellpath Medical                                                     DEFENDANTS

## JUDGMENT[1]

Consistent with the Memorandum Opinion and Order entered on this date, this case is dismissed, without prejudice. All relief sought is denied, and the case is closed. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 24th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] By written consent of the parties, this case was referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. *See Doc. 13*.